**IT IS ORDERED as set forth below:**



Date: February 28, 2025

_____

**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 7 |
| BENEFIT MARKETING ALLIES CORP., | : | CASE NO. 24-63454-pwb |
| Debtor. | : | |
| VICTORIA DAMONE-BAIRD and | : | |
| JILL SUTHERLAND, | : | |
| Movants, | : | |
| V. | : | CONTESTED MATTER |
| BENEFIT MARKETING ALLIES CORP., | : | |
| Respondents. | : | |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY FOR
THE PURPOSE OF CONTINUING LITIGATION**

This matter is before the Court upon the *Motion for Relief from the Automatic Stay for the Purpose of Continuing Litigation* [Doc. No. 9] (the "**Motion**") that was filed by Victoria Damone-Baird and Jill Sutherland (the "**Movants**") seeking relief from the automatic stay to continue litigation in a lawsuit styled *Victoria Damone-Baird and Jill Sutherland v. International Health Sharing, Inc. d/b/a NetWell, Benefit Marketing Allies Corporation, Alexander Cardona (an Individual) and Ronald Bruno (an Individual)*, Case No. 3:24-cv-03089-L in the United States

District Court of the Northern District of Texas, Dallas Division (the "**Employment Litigation**"), alleging claims for violation of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* and for breach of contract. Following appropriate notice under the circumstances, the Trustee asserted limited objections to the relief sought in the Motion.

Upon the Court having reviewed and considered the Motion and the matters reflected in the record of the hearing held on the Motion on February 26, 2025, and the modifications of the relief sought by the Movants as set forth herein, after due consideration, this Court finds that there is cause under section 362 to grant the Motion for relief from the stay. For good cause shown, after adequate notice and opportunity for a hearing and no further notice or opportunity for hearing need be given, it is hereby:

ORDERED, that the Motion is ***granted*** as set forth herein*;* and it is further

ORDERED, that Movants are granted immediate relief from the automatic stay to permit the Movants to seek to sever the Debtor from the remaining Defendants in the Employment Litigation, to administratively close the Employment Litigation against the Debtor and to continue the Employment Litigation against the non-Debtor defendants in the Employment Litigation; provided, however, that Movants shall not seek to liquidate their claims against the Debtor outside of this Court at this time and this Order is without prejudice to the right of the Movants to seek further relief from this Court with respect to their claims against the Debtor; and it is further

ORDERED, that, to the extent otherwise applicable, the automatic stay of 11 U.S.C. § 362 is hereby modified and terminated with regard to the Movants as set forth herein and any claims against any of the other defendants in the Employment Litigation, and the Movants are permitted to immediately continue the Employment Litigation as set forth herein and to pursue and recover from the other defendants in the Employment Litigation, and exercise any and all rights and

remedies under state and applicable law consistent with this Order; and it is further

ORDERED, that the 10-day stay of an Order pursuant to Bankruptcy Rule 4001(a)(3), if applicable, is waived to allow this Order to be deemed effective immediately on the date of entry.

***END OF ORDER***

Prepare and presented by:

LAW OFFICES OF HENRY F. SEWELL JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr., Esq.
Georgia Bar No. 636265
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com

**Identification of parties to be served:**
Law Offices of Henry F. Sewell, Jr., LLC
c/o Henry F. Sewell, Jr., Esq.
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305

Office of the U. S. Trustee
362 Richard Russell Building
75 Ted Turner Dr SW
Atlanta, GA 30303

Paul Reece Marr, Esq.
Paul Reece Marr, PC
6075 Barfield Rd., Ste 213
Sandy Springs, GA 30328

Cathy L. Scarver, Esq.
P. 0. Box 672587
Marietta, GA 30006

Benefit Marketing Allies Corp.
3823 Saint Annes Court
Duluth, GA 30096